**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

AUG 21 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FRANK NUNEZ GARCIA, AKA Fransisco Nunez Contreras II, | No. 17-16372 |
| Plaintiff-Appellant, | D.C. No. 2:17-cv-01489-JJT-DKD |
| v. | MEMORANDUM[*] |
| UNITED STATES OF AMERICA, | |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the District of Arizona
John J. Tuchi, District Judge, Presiding

Submitted August 15, 2018[**]

Before:     FARRIS, BYBEE, and N.R. SMITH, Circuit Judges.

Arizona state prisoner Frank Nunez Garcia, AKA Fransisco Nunez

Contreras II, appeals pro se from the district court's judgment dismissing his 42

U.S.C. § 1983 action alleging various constitutional claims.  We have jurisdiction

under 28 U.S.C. § 1291.  We review de novo the interpretation and application of

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 1915(g).  *Richey v. Dahne*, 807 F.3d 1202, 1206 (9th Cir. 2015).  We affirm.

The district court properly dismissed Garcia's action because at the time Garcia lodged the complaint, he had brought at least three prior cases that qualified as "strikes," and he failed to allege that he was "under imminent danger of serious physical injury."  28 U.S.C. § 1915(g); *see also Andrews v. Cervantes*, 493 F.3d 1047, 1055-57 (9th Cir. 2007) (discussing imminent danger exception).

We do not consider on appeal documents or facts not presented to the district court.  *See United States v. Elias*, 921 F.2d 870, 874 (9th Cir. 1990).

**AFFIRMED.**